ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                          DEPUTY

ENTER /JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA ANTHONY BLOUNT,<br><br>  Petitioner,<br><br>  v.<br><br>MARTIN BITER, Warden, Kern Valley State Prison,<br><br>  Respondent. | Case No. SACV 12-00865 VBF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: August 1, 2012

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE